**FORM RAB9I** (Chapter 13 Case) (12/12)                                                                                                          Case Number **13–32478**

# UNITED STATES BANKRUPTCY COURT
District of Utah

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on 10/31/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher Earl Hall<br>aka Chris Hall<br>3080 Country Classic Dr.<br>Riverton, UT 84065 | Sarah Marie Hall<br>3080 Country Classic Dr.<br>Riverton, UT 84065 |
| Case Number:<br>13–32478 WTT | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–3185<br>xxx–xx–9637 |
| Attorney for Debtor(s) (name and address):<br>Aaron Millar<br>Walker, Steiner & Schmidt, P.C.<br>5200 S. Highland Dr.<br>Suite 300<br>Salt Lake City, UT 84117<br>Telephone number: 801–424–5280 | Bankruptcy Trustee (name and address):<br>Kevin R. Anderson tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111<br>Telephone number: (801) 596–2884 |

### Meeting of Creditors
Date: **December 6, 2013**                                                                                          Time: **11:00 AM**
Location: **405 South Main Street, Suite 250, Salt Lake City, UT 84111**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **3/6/14**          For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1): **4/29/14**

A Proof of Claim form may be obtained from any U.S. Bankruptcy Court nationwide or via the court's website at www.utb.uscourts.gov

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**   2/4/14

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Notice of Filing of Plan, Hearing on Confirmation of Plan and Hearing on Certain Objections
The debtor has filed a plan. The hearing on confirmation and any filed objections under Local Rule 2003–1(a), 2083–1, or 6070–1(c) will be held:
Date: **1/7/14**, Time: **10:30 AM**, Location: **U.S. Bankruptcy Court, Rm 376, 350 South Main Street, Salt Lake City, UT 84101**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number: (801) 524–6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
| Hours Open: 8:00 AM – 4:30 PM; Telephone 8:00 AM – 4:30 PM | Date: 11/6/13 |

### Online Information
Case information is available at no charge on our Voice Case Information System (VCIS). Call 1–866–222–8029 #85 with your touch–tone telephone. Case information is also available on the Internet using our PACER service for a $.10/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

**EXPLANATIONS** FORM RAB9I (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form may be obtained from any U.S. Bankruptcy Court nationwide or via the court's website at www.utb.uscourts.gov. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Ref: 11 U.S.C. §348 and F.R.B.P. 3002(c)(5). **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Do not include this notice with any filing you make with the court. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 21 days after a creditors' meeting, if the debtor(s)or debtor's counsel fail to attend the creditors' meeting or fail to timely file required documents [Local Rules 1007–1, 2003–1(a), 2083–1(e)]. A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest, or the case shall be dismissed. |
| Objections to Confirmation and the Filing of Tax Returns | Objections to confirmation must be filed and served no later than 7 days before the date set for confirmation found on the front page of this notice. If there are no timely filed objections to confirmation pending or if all objections to confirmation are resolved by a court order or a stipulation signed by the debtor, the trustee and the objecting party, a plan may be confirmed without objection, and the hearing stricken. Unfiled tax returns must be submitted to the appropriate taxing authority and the trustee pursuant to Local Rule 6070–1(c)(1)(2)(3). |

−− Refer to Other Side for Important Deadlines and Notices −−

```
                         United States Bankruptcy Court
                                District of Utah

In re:                                                     Case No. 13-32478-WTT
Christopher Earl Hall                                      Chapter 13
Sarah Marie Hall
       Debtors                    CERTIFICATE OF NOTICE
District/off: 1088-2        User: jwg                Page 1 of 2           Date Rcvd: Nov 06, 2013
                            Form ID: rab9i           Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2013.
db/jdb         +Christopher Earl Hall,    Sarah Marie Hall,    3080 Country Classic Dr.,    Riverton, UT 84065-5444
9094428        +AES/US Bank-Trustee Ps,    Aes/Ddb,   Po Box 8183,    Harrisburg, PA 17105-8183
9094431        +America First Credit Union,    13502 S. Hamilton View Rd.,    Riverton, UT 84065-6059
9094430        +America First Credit Union,    P.O. Box 9199,    Ogden, UT 84409-0199
9094436        +Capital One Auto,    P.O. Box 260848,   Plano, TX 75026-0848
9094438        +Cash Store,    3673 W. 13400 S. Ste. D,    Riverton, UT 84065-6406
9094439        +Cbe Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
9094440        +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
9094442        +Check City,    10497 S. State St.,    Sandy, UT 84070-4112
9094443        +Cmre Financial Services Inc,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
9094445        +Comcast,   9602 South 300 West, #A,    Sandy, UT 84070-3301
9094446        +Diabetes Speciality Center,    645 East 4500 South,    Salt Lake City, UT 84107-3345
9094451        +Healthcare Recovery So,    1515 W 190th Street S-35,    Gardena, CA 90248-4319
9094452        +Hidden Valley Dental,    845 S. Main St.,    Bountiful, UT 84010-6381
9094456        +Johnson Mark Llc,    11778 S Election Dr Ste,    Draper, UT 84020-6807
9094457        +Mohela/dept Of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
9094458         Money Tree,   C/O Security Financial,    Spartanburg, SC 29304
9094459        +Mountainland Collection,    Po Box 1280,    American Fork, UT 84003-6280
9094460        +Outsource Receivables,    372 24th St Ste 300,    Ogden, UT 84401-1438
9094464       ++PACIFICORP,    ATTN BANKRUPTCY,   PO BOX 25308,    SALT LAKE CITY UT 84125-0308
                (address filed with court: Rocky Mountain Power,     P.O. Box 26000,   Portland, OR 97256)
9094462        +Rapid Recovery,    845 S Main St,   Bountiful, UT 84010-6485
9094463        +Revenue Recovery Corp,    Po Box 50250,    Knoxville, TN 37950-0250
9094465        +Stokes & Clinton,    P.O. Box 991801,    Mobile, AL 36691-8801
9094467        +United Consumer Financial Services,    865 Bassett Rd,    Westlake, OH 44145-1194
9094468        +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,   Saint Paul, MN 55116-0448
9094469        +Utah Dept. of Workforce Services,    P.O. Box 143003,    Salt Lake City, UT 84114-3003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: amillar@wsslegal.com Nov 07 2013 02:13:52      Aaron Millar,
                 Walker, Steiner & Schmidt, P.C.,    5200 S. Highland Dr.,    Suite 300,
                 Salt Lake City, UT  84117
tr             +E-mail/Text: bnc@ch13kra.com Nov 07 2013 02:16:15      Kevin R. Anderson tr,
                 405 South Main Street,    Suite 600,   Salt Lake City, UT 84111-3408
9094433        +E-mail/Text: banko@bonncoll.com Nov 07 2013 02:15:56      Bonneville Collections,
                 1186 E 4600 S Ste 100,    Ogden, UT 84403-4896
9094434        +E-mail/Text: bankruptcy@cavps.com Nov 07 2013 02:15:33      Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
9094435        +EDI: CAPITALONE.COM Nov 07 2013 01:43:00      Capital 1 Bank,   Attn: Bankruptcy Dept.,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
9094437        +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Nov 07 2013 02:16:15
                 Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
9094441        +EDI: CHASE.COM Nov 07 2013 01:43:00      Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
9094444        +E-mail/Text: cvmelissac@aol.com Nov 07 2013 02:15:32      Coachella Val Col Sv,    Po Box 13621,
                 Palm Desert, CA 92255-3621
9094447        +EDI: TSYS2.COM Nov 07 2013 01:43:00      Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
9094448        +EDI: ESCALLATE.COM Nov 07 2013 01:43:00      Escallate Llc,   5200 Stoneham Rd,
                 North Canton, OH 44720-1584
9094450        +E-mail/Text: bankruptcy@expressrecovery.com Nov 07 2013 02:14:49      Express Recovery Svcs,
                 2790 Decker Lake Dr,    Salt Lake City, UT 84119-2057
9094453        +EDI: HFC.COM Nov 07 2013 01:43:00      Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
9094454        +EDI: ICSYSTEM.COM Nov 07 2013 01:43:00      IC System,   Attn: Bankruptcy,
                 444 Highway 96 East, P.O. Box 64378,    Saint Paul, MN 55164-0378
9094455         EDI: IRS.COM Nov 07 2013 01:43:00      Internal Revenue Service,
                 Special Procedures Mail Stop 5021,    50 South 200 East,    Salt Lake City, UT 84111
9094461         EDI: PRA.COM Nov 07 2013 01:43:00      Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541
9094466         EDI: AISTMBL.COM Nov 07 2013 01:43:00      T-Mobile,   PO Box 53410,    Bellevue, WA 98015-3410
9094471        +EDI: AFNIVZWIRE.COM Nov 07 2013 01:43:00      Verizon,   Verizon Wireless Department/Attn: Bankru,
                 Po Box 3397,   Bloomington, IL 61702-3397
9094472        +EDI: WFNNB.COM Nov 07 2013 01:43:00      Victoria's Secret,   Attention: Bankruptcy,
                 Po Box 182125,   Columbus, OH 43218-2125
9094473        +EDI: WESTASSET.COM Nov 07 2013 01:43:00      West Asset,   2703 North Highway 75,
                 Sherman, TX 75090-2567
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9094470       Utah State Tax Commission
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 1088-2          User: jwg              Page 2 of 2              Date Rcvd: Nov 06, 2013
                              Form ID: rab9i         Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2013                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2013 at the address(es) listed below:
```
          Aaron   Millar    on behalf of Joint Debtor Sarah Marie Hall amillar@wsslegal.com
          Aaron   Millar    on behalf of Debtor Christopher Earl Hall amillar@wsslegal.com
          Kevin R. Anderson tr    kanderson@ch13kra.com,  lneebling@ch13kra.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 4
```